# UNITED STATES BANKRUPTCY COURT
Southern District of New York

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on June 7, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in this case may be reviewed on the court's Electronic Case File System (ECF) using a PACER login and password at www.nysb.uscourts.gov or at any of the three divisions of the court during posted business hours. NOTE: The staff of the bankruptcy clerk's office and the office of the U.S. trustee cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Matilewa Miller−Jackson
1976 Ellis Avenue
Bronx, NY 10472

| Case Number: | Social Security/Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 10−13037−smb | xxx−xx−3025 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Chris Mills<br>Law Office of Chris Mills<br>116 W. 23rd Street 5−87<br>New York, NY 10011<br>Telephone number: (212)−851−8416 | Angela G. Tese−Milner<br>Law Offices of Angela Tese−Milner, Esq.<br>One Minetta Lane<br>New York, NY 10012<br>Telephone number: (212) 475−3673 |

## Meeting of Creditors
Date: **July 13, 2010**        Time: **09:30 AM**
Location: **Office of the United States Trustee, 80 Broad Street, Fourth Floor, New York, NY 10004−1408**

## Presumption of Abuse under 11 U.S.C. §§ 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 9/13/10**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>One Bowling Green<br>New York, NY 10004−1408<br>Telephone number: 212−668−2870 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Vito Genna |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 5:00 PM | Date: June 8, 2010 |

DEBTORS: BRING THIS NOTICE TO YOUR FIRST MEETING OF CREDITORS TO BE HELD PURSUANT TO SECTION 341(A) OF THE BANKRUPTCY CODE, TOGETHER WITH ANY OTHER DOCUMENTS REQUESTED BY THE TRUSTEE.

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office and the U.S. trustee cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §§ 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| **DEBTORS** | Duty to Complete Financial Management Course and File Certificate: The Personal Financial Management Course must be completed and Official Form 23 (Financial Management Form Certificate) must be filed within 45 days after the first date set for your section 341(a) meeting, pursuant to Bankruptcy Rule 1007(c). Please note: You will not receive your discharge and your case will be closed without entry of a discharge, if you do not file the form within the required time allotted. If you fail to file the Financial Management Course Certificate and your case is closed, you will be required to file a Motion to Reopen the Case to allow for filing of the Certificate, paying required fees, if any become due, applicable to either the reopening of the case or filing of the motion. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §§727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §§523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online with a PACER login and password at www.nysb.uscourts.gov. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed on the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disk (CD) in PDF format. If you are unable to file electronically or to submit a copy of your filing on diskette or compact disk (CD), you may file conventionally, provided that you submit with your filing an affidavit of your inability to comply. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the the bankruptcy clerk's office or online with a PACER login and password at www.nysb.uscourts.gov. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0208-1          User: kharris              Page 1 of 2                Date Rcvd: Jun 08, 2010
Case: 10-13037                Form ID: b9a               Total Noticed: 46
```

The following entities were noticed by first class mail on Jun 10, 2010.
```
db          +Matilewa Miller-Jackson,    1976 Ellis Avenue,     Bronx, NY 10472-5006
aty         +Chris Mills,    Law Office of Chris Mills,    116 W. 23rd Street    5-87,    New York, NY 10011-2599
smg          N.Y. State Unemployment Insurance Fund,    P.O. Box 551,     Albany, NY  12201-0551
smg          New York City Dept. Of Finance,    345 Adams Street, 3rd Floor,
              Attn: Legal Affairs - Devora Cohn,    Brooklyn, NY  11201-3719
smg          New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
              Albany, NY  12205-0300
smg          United States Attorney,    One St. Andrew's Plaza,    Claims Unit - Room 417,
              New York, NY  10007-1701
ust         +United States Trustee,    33 Whitehall Street,    21st Floor,    New York, NY 10004-2122
5207878     +ARM,    PO BOX 561,    THOROFARE, NJ 08086-0561
5207880     +Beth Israel Medical Ctr,    Po Box 3472,    New York, NY 10008-3472
5207885     +CITI CARDS,    BOX 6241,    SIOUX FALLS SD 57117-6241
5207886     +CITIBANK Credit Line,    1000 Technology Drive,    O FALLON MO 63368-2239
5207882      Central Credit Services,    P.O. Box 15118,    Jacksonville Fl 32239-5118
5207883     +Certified Credit and Collection Bureau,    PO Box 336,    Raritan  Nj 08869-0336
5207887     +Continuum Medical Partners,    Po Box 3472,    New York, NY 10008-3472
5207888      DEP/BCS Customer Service,    PO Box 739055,    Elmhurst NY 11373-9055
5207889      ENCORE RECEIVABLES,    PO BOX 1880,    Southgate, MI 48195-0880
5207890     +First Sorce Advantage LLC,    205 Bryant Woods South,    Amherst, NY 14228-3609
5207893      HOME DEPOT/CBSD,    PO BOX 6497,    SIOUX FALLS SD 57117-6497
5207891     +Harlem Hospital Center,    Patient Financial Services,    Kountz 8th Floor,    506 Lenox Avenue,
              New York, NY 10037-1802
5207892     +Henry Daley,    Marshal City of New York,    1 Cross Island plaza,    Rodedale, NY 11422-1484
5207894      Jacobi Medical Center,    Pelham Parkway and Eastchester Road,    Bronx, NY 104661
5207895     +Law Office of Jeffrey Lerman P.C.,    170 Old Country Road  Suite 600,    Mineola, NY 11501-4313
5207896     +Law Office of Richard Sokoloff,    3245 Rte 112 Suite 1,    Medford,NY 11763-1441
5207897      MCS Claim Services, Inc.,    123 Frost Street Suite 150,    Westbury, NY 11590-5027
5207898     +Miller & Milone,    100 Quentin Roosevelt Blvd.,    Garden City, NJ 11530-4879
5207899     +NCO FINANCIAL,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2368
5207901     +NORTHLAND GROUP INC,    PO BOX 390846,    EDINA MN 55439-0846,    MAIL CODE CPQ1
5207900      Network Recovery Services, inc.,    3 Expressway Plz Ste 200,    Roslyn heights, NY 11577-2050
5207902     +Oxford Management Services,    PO Box 1991,    Southgate, MI 48195-0991
5207903     +PAUL MICHAEL MKTNG,    18609 UNION TPKE,    Flushing, NY 11366-1733
5207904      Quest Diagnostics,    PO Box 73104,    Philadelphia, PA 19176-1304
5207906     +Rubin & Rothman,    1787 Veterans' Highway  Suite 32,    P.O. Box 9003,    Islandia, NY 11749-9003
5207907     +St. Luke's Roosevelt Hospital,    111 Amsterdam Avenue,    New York, NY 10023-7410
5207908      Sunrise Credit Services,    260 Airport :Plaza,    PO Box 9100,    Farmiongdale, NY 11735-9100
5207909    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US BANK,    PO BOX 108,    St.Louis MO 63166)
5207911     +Valentine & Garbardis,    15 Union Street,    Lawrence MA 01840-1866
5207912      Wells Fargo,    PO BOX 11701,    Newark, NJ 07101-4701
5207913      York Anesthisiologists PLLC,    POBox 270,    Massapaqua Park, NY 11762-0270
5207914     +Zales,    PO BOX 689182,    Des Moines, IA 50368-9182
```

The following entities were noticed by electronic transmission on Jun 08, 2010.
```
tr          +EDI: QATESEMILNER.COM Jun 08 2010 16:03:00      Angela G. Tese-Milner,
              Law Offices of Angela Tese-Milner, Esq.,    One Minetta Lane,    New York, NY 10012-1206
5207877      EDI: RMCB.COM Jun 08 2010 16:03:00      AMCA,    PO Box 1235,    Elmsford, NY 10523-0935
5207879     +EDI: HFC.COM Jun 08 2010 16:03:00      BEST BUY HSBC,    PO BOX 15224,    Wilmington DE 19850-5224
5207881     +EDI: CAPITALONE.COM Jun 08 2010 16:03:00      Capital One,    PO BOX 30281,
              Salt lake City UT 84130-0281
5207884      EDI: CHASE.COM Jun 08 2010 16:03:00      Chase Bank USA,    PO BOx 15296,    WILMINGTON DE 19850
5207905      EDI: RRSB.COM Jun 08 2010 16:03:00      Redline Recovery Services LLC,
              11675 Rainewater Dr Ste 350,    Alpharetta GA 30009-8693
5207910     +Fax: 8133435506 Jun 08 2010 21:06:15      USA Medical Services PC,    Po Box 21724,
              Tampa, Fl 33622-1724
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5208106*      AMCA,    PO Box 1235,    Elmsford, NY 10523-0935
5208107*     +ARM,    PO BOX 561,    THOROFARE, NJ 08086-0561
5208108*     +BEST BUY HSBC,    PO BOX 15224,    Wilmington DE 19850-5224
5208109*     +Beth Israel Medical Ctr,    Po Box 3472,    New York, NY 10008-3472
5208114*     +CITI CARDS,    BOX 6241,    SIOUX FALLS SD 57117-6241
5208115*     +CITIBANK Credit Line,    1000 Technology Drive,    O FALLON MO 63368-2239
5208110*     +Capital One,    PO BOX 30281,    Salt lake City UT 84130-0281
5208111*      Central Credit Services,    P.O. Box 15118,    Jacksonville Fl 32239-5118
5208112*     +Certified Credit and Collection Bureau,    PO Box 336,    Raritan  Nj 08869-0336
5208113*      Chase Bank USA,    PO BOx 15296,    WILMINGTON DE 19850
5208116*     +Continuum Medical Partners,    Po Box 3472,    New York, NY 10008-3472
5208117*      DEP/BCS Customer Service,    PO Box 739055,    Elmhurst NY 11373-9055
5208118*      ENCORE RECEIVABLES,    PO BOX 1880,    Southgate, MI 48195-0880
5208119*     +First Sorce Advantage LLC,    205 Bryant Woods South,    Amherst, NY 14228-3609
5208122*      HOME DEPOT/CBSD,    PO BOX 6497,    SIOUX FALLS SD 57117-6497
5208120*     +Harlem Hospital Center,    Patient Financial Services,    Kountz 8th Floor,    506 Lenox Avenue,
               New York, NY 10037-1802
5208121*     +Henry Daley,    Marshal City of New York,    1 Cross Island plaza,    Rodedale, NY 11422-1484
5208123*      Jacobi Medical Center,    Pelham Parkway and Eastchester Road,    Bronx, NY 104661
5208124*     +Law Office of Jeffrey Lerman P.C.,    170 Old Country Road  Suite 600,    Mineola, NY 11501-4313
5208125*     +Law Office of Richard Sokoloff,    3245 Rte 112 Suite 1,    Medford,NY 11763-1441
5208126*      MCS Claim Services, Inc.,    123 Frost Street Suite 150,    Westbury, NY 11590-5027
5208127*     +Miller & Milone,    100 Quentin Roosevelt Blvd.,    Garden City, NJ 11530-4879
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
5208128*      +NCO FINANCIAL,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2368
5208130*      +NORTHLAND GROUP INC,    PO BOX 390846,    EDINA MN 55439-0846,     MAIL CODE CPQ1
5208129*       Network Recovery Services, inc.,    3 Expressway Plz Ste 200,    Roslyn heights, NY 11577-2050
5208131*      +Oxford Management Services,    PO Box 1991,    Southgate, MI 48195-0991
5208132*      +PAUL MICHAEL MKTNG,    18609 UNION TPKE,    Flushing, NY 11366-1733
5208133*       Quest Diagnostics,    PO Box 73104,    Philadelphia, PA 19176-1304
5208134*       Redline Recovery Services LLC,    11675 Rainewater Dr Ste 350,    Alpharetta GA 30009-8693
5208135*      +Rubin & Rothman,    1787 Veterans' Highway  Suite 32,    P.O. Box 9003,    Islandia, NY 11749-9003
5208136*      +St. Luke's Roosevelt Hospital,    111 Amsterdam Avenue,    New York, NY 10023-7410
5208137*       Sunrise Credit Services,    260 Airport :Plaza,    PO Box 9100,    Farmiongdale, NY 11735-9100
5208138*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  US BANK,    PO BOX 108,    St.Louis MO 63166)
5208139*      +USA Medical Services PC,    Po Box 21724,    Tampa, Fl 33622-1724
5208140*      +Valentine & Garbardis,    15 Union Street,    Lawrence MA 01840-1866
5208141*       Wells Fargo,    PO BOX 11701,    Newark, NJ 07101-4701
5208142*       York Anesthisiologists PLLC,    POBox 270,    Massapaqua Park, NY 11762-0270
5208143*      +Zales,    PO BOX 689182,    Des Moines, IA 50368-9182
                                                                                               TOTALS: 0, * 38
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 10, 2010**                               **Signature:** _Joseph Speetjens_